IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURETTA R. KING<br>Plaintiff, | : | Case No. 17-cv-05026 |
| v. | : | CIVIL ACTION |
| WAL-MART.COM USA, LLC,<br>Defendant. | : | JURY TRIAL DEMANDED |

FILED
JUN 22 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## AMENDED SCHEDULING ORDER

AND NOW, on this the __22nd__ day of __June__, 2018, upon consideration of the parties' Joint Motion for Approval of Amended Scheduling Order, it is hereby **ORDERED** and **DECREED** as follows:

1. Fact discovery in this matter shall be completed on or before June 25, 2018.

2. Dispositive motions shall be filed on or before July 6, 2018.

3. Plaintiff shall appear for an oral deposition on June 25, 2018 at 9:00 a.m. at the offices of McDonnell & Associates, P.C., 860 1st Avenue, Suite 5B, King of Prussia, PA 19406.

4. Heather Hetrick will appear for a fact witness deposition on June 25, 2018 at 1:00 p.m. at the offices of McDonnell & Associates, P.C., 860 1st Avenue, Suite 5B, King of Prussia, PA 19406.

It is **FURTHER ORDERED** that if Plaintiff fails to appear at the ordered time, then Heather Hetrick will not be required to appear for her deposition, and Walmart will be permitted to move for dismissal of this action based on Plaintiff's failure to appear.

BY THE COURT:

_____
The Honorable Joseph F. Leeson, Jr.