UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURETTA R. KING, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-5026 |
| WAL-MART.COM USA, LLC, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 13th day of August, 2018, upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendant's Motion for Summary Judgment, ECF No. 50, **IT IS ORDERED THAT**:

1. Plaintiff's Motion is **GRANTED in part**.

2. Plaintiff shall file any sur-reply **within seven days** of the date of this Order.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

081318